1  David R. Mugridge, SBN 123389
   THE LAW OFFICES OF DAVID R. MUGRIDGE
2  2100 Tulare Street, Suite 505
   Fresno, California 93721-2111
3  *Tel: (559) 264-2688*
   *Fax: (559) 264-2683*
4

5  Attorney for Defendant,
   VICTOR TORRES
6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE**

8  **EASTERN DISTRICT OF CALIFORNIA**

9  -o0o-

10

11 UNITED STATES OF AMERICA,            )   CASE NO.: 1:12-CR-00438-LJO-SKO
                                        )
12                                      )
                  Plaintiff,            )
13                                      )   STIPULATION AND ORDER TO
         vs.                            )   MODIFY CONDITIONS OF RELEASE
14                                      )
                                        )
15 VICTOR TORRES,                       )
                                        )
16                Defendant.            )
                                        )
17                                      )
                                        )
18

19      It is hereby stipulated and agreed between the parties herein, the United States,

20 through KEVIN B. ROONEY, Assistant U.S. Attorney, and the defendant, VICTOR

21 TORRES, through his attorney of record DAVID R. MUGRIDGE, that the conditions of

22 the Defendant's Pretrial Release, as approved by Pretrial Services, be modified as follows:

23      1)    That the prior court order requiring the defendant be placed in the custody

24 of WestCare California, Inc. be vacated;

25 / / /

26 / / /

27 / / /

28

-1-
STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF
RELEASE

2) That the prior court order naming WestCare California, Inc. as the third-party custodian of the defendant be vacated;

3) That the defendant be required to participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer; and

4) That all prior orders regarding the defendant's pretrial release which are not in conflict with this order shall remain in full force and effect.

DATED: 04/03/2013                    Respectfully Submitted,

                                     BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY'S
                                     OFFICE


                                     /s/ Kevin P. Rooney
                                     By: Kevin P. Rooney
                                     Assistant U.S. Attorney

DATED: 04/03/2013

                                     THE LAW OFFICES OF
                                     DAVID R. MUGRIDGE


                                     /s/ David R. Mugridge
                                     By: David R. Mugridge
                                     Attorney for Defendant

///
///
///
///
///
///
///

**ORDER**

IT IS HEREBY ORDERED THAT defendant VICTOR TORRES' conditions of pretrial release are modified as follows:

The defendant shall be released from the custody of WestCare California, Inc., WestCare California, Inc. shall be released as the third-party custodian of the defendant, and the defendant shall be required to participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer.

IT IS SO ORDERED.

Dated:   **April 3, 2013**              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE