HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
VICTOR TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VICTOR TORRES,<br><br>  Defendant. | No.  Cr. F 12-438 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, VICTOR TORRES by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen Servatius, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On January 21, 2014 this Court sentenced Mr. Torres to a term of 70 months imprisonment;

3.     His total offense level was 29, his criminal history category was I, the resulting guideline range was 87 to 108 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

Stipulation and Order Re: Sentence Reduction            1

    4.    Mr. Torres is not subject to the statutory mandatory minimum, because he qualified for "safety valve" under 18 U.S.C. 3553(f);

    5.    The sentencing range applicable to Mr. Torres was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

    6.    Mr. Torres' total offense level has been reduced from 29 to 27, and his amended guideline range is 70 to 87 months; a reduction comparable to the one received at the initial sentencing would produce a term of 56 months;

    7.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Torres' term of imprisonment to 56 months.

Respectfully submitted,

| | |
|---|---|
| Dated: February 19, 2015 | Dated: February 19, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>VICTOR TORRES |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Torres is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months. A reduction comparable to the one received at the initial sentencing would produce a term of 56 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2014 is reduced to a term of 56 months.

1    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Torres shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **February 21, 2015**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE