Case 1:12-cr-00438-LJO-SKO   Document 50   Filed 04/07/15   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

<u>EASTERN</u>   District of   <u>CALIFORNIA</u>

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:12CR00438-001 LJO |
| VICTOR TORRES ) | |
| ) | USM No: 69581-097 |
| Date of Original Judgment:   1/21/2014 ) | |
| Date of Previous Amended Judgment: ) | David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  <u>70</u>  months **is reduced to**  <u>56 months</u> .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  <u>01/28/2014</u>  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  04/07/2015          /s/ Lawrence J. O'Neill
                                                        *Judge's signature*

Effective Date:  11/01/2015          Honorable Lawrence J. O'Neill, District Court Judge