IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00438-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| VICTOR TORRES, | |
| Defendant. | |

The above-named defendant has been accepted to the Fresno Rescue Mission Drug Treatment Program located in Fresno, California for a period of up to 18 months.

IT IS HEREBY ORDERED that the defendant shall be released on January 8, 2019 at 8:00am to a representative of the Fresno Rescue Mission for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: **January 7, 2019**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE