| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | VICTOR TORRES |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:12-cr-00438-001-LJO |
| Plaintiff, | | **JOINT STATUS REPORT RE: RESCUE MISSION DRUG TREATMENT PROGRAM; REQUEST TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | | |
| VICTOR TORRES, | | DATE: October 14, 2019 |
| Defendant. | | TIME: 8:30 A.M. |
| | | JUDGE: Hon. Lawrence J. O'Neill |

Defendant, Victor Torres, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Katherine Schuh, hereby submit the following status report regarding Mr. Torres's progress at the Rescue Mission drug treatment program in Fresno, CA.

Mr. Torres entered the Rescue Mission program on January 8, 2019 in Fresno, CA. According to Mr. Torres's counselor at the program, he is doing very well there. Mr. Torres is in the 3rd quarter and has roughly 4 months before he is expected to transition to outside employment and the aftercare portion of the program. Mr. Torres's counselor advised the Federal Defender's office that Mr. Torres is a team leader in the kitchen and has been voted "Disciple of the Month" recently by his peers. In addition to taking full advantage of drug treatment, Mr. Torres is also engaging in couple's counseling at the facility with his wife and their relationship appears to be thriving.

In light of Mr. Torres's progress in the program and ongoing participation, the parties request that the status conference in this matter be continued to October 14, 2019 at 8:30 a.m. for a further status report regarding Mr. Torres's progress in the program. The parties anticipate having confirmation of a graduation date for Mr. Torres at that time, and will be prepared to schedule a date for sentencing in this case.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 29, 2019

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
VICTOR TORRES

McGREGOR W. SCOTT
United States Attorney

Date: July 29, 2019

*/s/ Katherine Schuh*
KATHERINE SCHUH
Assistant United States Attorney
Counsel for the United States

## **O R D E R**

The status conference currently scheduled for August 12, 2019 at 8:30 a.m. is hereby continued to October 14, 2019 at 8:30 a.m. Defendant need not appear at that hearing if he is still residing at the program and participating as directed.

IT IS SO ORDERED.

Dated: **August 1, 2019**        */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE