HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VICTOR TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR TORRES,<br><br>Defendant. | Case No. 1:12-cr-00438-001-LJO<br><br>**JOINT STATUS REPORT RE: RESCUE MISSION DRUG TREATMENT PROGRAM; REQUEST TO CONTINUE STATUS CONFERENCE AND SET DISPOSITIONAL HEARING; ORDER**<br><br>DATE: October 15, 2019<br>TIME: 8:30 A.M.<br>JUDGE: Hon. Lawrence J. O'Neill |

Defendant, Victor Torres, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Katherine Schuh, hereby submit the following status report regarding Mr. Torres's progress at the Rescue Mission drug treatment program in Fresno, CA.

Mr. Torres entered the Rescue Mission program on January 8, 2020 in Fresno, CA. He is expected to graduate in June of 2020. According to Mr. Torres's counselor at the program, he is doing well and meeting all expectations at the program. Mr. Torres's counselor advised the Federal Defender's office that Mr. Torres is thriving in the program and has completed all required coursework to date. He has maintained his sobriety, was a team leader in the kitchen and is working towards restoration with his family[1].

---
[1] See Exhibit A: Progress Report.

In light of Mr. Torres's progress in the program and ongoing participation, the parties request that the status conference in this matter be continued to January 21, 2020 at 8:30 a.m. for disposition of Mr. Torres's matter. The parties anticipate having confirmation of a graduation date for Mr. Torres, and will be prepared to recommend a disposition regarding the pending violations at that time.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 7, 2019

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
VICTOR TORRES

McGREGOR W. SCOTT
United States Attorney

Date: October 7, 2019

*/s/ Katherine Schuh*
KATHERINE SCHUH
Assistant United States Attorney
Counsel for the United States

# **O R D E R**

The status conference currently scheduled for October 15, 2019 at 8:30 a.m. is hereby continued to January 21, 2020 at 8:30 a.m. for disposition. Defendant is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated: **October 7, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE